IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE P. GOODMAN, JR.,                ) | |
|                            **Plaintiff,**     ) | |
|                            v.                        ) | CIVIL NO. 03-202-WDS |
| DONALD N. SNYDER, EUGENE             )<br>McADORY, TOM MAUR, STEVE            )<br>KEIM, MAVIS GROSS, and LATOYA      )<br>OWENS,                                                )<br>                           **Defendants.**  ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's motion to clarify order (Doc. 136). Plaintiff asks the Court to clarify its order dated March 8, 2006, in which the Court granted summary judgment in favor of plaintiff and against defendants Walker, Hinsley, Maue, Keim, and Gross on the Religious Land Use and Institutionalized Persons Act claim contained in Count III of plaintiff's complaint. Plaintiff states that in his opinion, and with the agreement of defense counsel, defendant McAdory should have been held liable under this Count as well, and now asks the Court to enter summary judgment against him.

The Court has reviewed the pleadings, and **FINDS** that correction to its prior order is not necessary. Mr. McAdory was listed as a defendant in Count III of plaintiff's original complaint (Doc. 1); however, he was dropped from that Count when plaintiff filed his amended complaint (Doc. 42). Accordingly, summary judgment can not be granted against an unnamed defendant. The Court's March 8, 2006, Order (Doc. 104) stands as originally entered. Plaintiff's motion to clarify (Doc. 136) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:    June 27, 2007.**

                                             <u>**s/ WILLIAM D. STIEHL**      </u>
                                                   **DISTRICT JUDGE**