IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE P. GOODMAN, JR.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03-202-WDS ) |
| **ROGER E. WALKER, JR., CHARLES HINSLEY, EUGENE McADORY, TOM MAUE, STEVE KEIM, and MAVIS GROSS,** | ) ) ) ) |
| Defendant. | ) |

## ORDER

This cause coming before the Court on the Motion to Voluntarily Dismiss filed on behalf of the plaintiff, George P. Goodman, Jr., and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that said Motion to Voluntarily Dismiss is hereby **GRANTED**; any and all claims against defendant Charles L. Hinsley are hereby **DISMISSED** with prejudice. All parties to bear their own costs.

DATED: July 6, 2007

s/*WILLIAM D. STIEHL*
DISTRICT JUDGE