IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE P. GOODMAN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03-202-WDS ) |
| ROGER E. WALKER, JR., CHARLES HINSLEY, EUGENE McADORY, TOM MAUE, STEVE KEIM, and MAVIS GROSS, | ) ) ) ) ) |
| Defendant. | ) |

**MOTION TO VOLUNTARILY DISMISS**

Now comes the plaintiff, GEORGE P. GOODMAN, JR., by and through his undersigned attorneys, HINSHAW & CULBERTSON LLP, and for his Motion to Voluntarily Dismiss, states as follows:

1. Currently, the plaintiff has pending claims under the First Amendment as well as the RLUIPA. The Court has previously entered judgment in Plaintiff's favor on the issue of liability under the RLUIPA claim.

2. In order to simplify the issues at trial, the plaintiff is dismissing his First Amendment claim and wishes to proceed solely on the RLUIPA action.

WHEREFORE, the plaintiff, GEORGE P. GOODMAN, JR., respectfully requests that this Court dismiss Count I of Plaintiff's Amended Complaint with prejudice and all parties to bear their own costs.

                        Respectfully Submitted,

                By: s/Charles A. Pierce
                     Hinshaw & Culbertson LLP
                     521 West Main Street
                     Suite 300
                     P.O. Box 509
                     Belleville, IL 62222-0509
                     Phone: 618-277-2400
                     Fax: 618-277-1144
                     E-mail: cpierce@hinshawlaw.com
                     Attorney Bar Number # #06208106

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2007, 2007, I electronically filed a Motion to Voluntarily Dismiss on behalf of the plaintiff with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Christopher L. Higgerson
Illinois Attorney General's Office
500 South Second Street
Springfield, IL  62706


                     Respectfully submitted,


                     s/CHARLES A. PIERCE
                     Hinshaw & Culbertson LLP
                     521 West Main Street, Suite 300
                     P. O. Box 509
                     Belleville, IL  62222-0509
                     Phone: (618) 277-2400
                     Fax: (618) 277-1144
                     E-mail: cpierce@hinshawlaw.com
                     Attorney Bar Number # 06208106

10360541v1 873386