IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE P. GOODMAN, JR., #N-60799, | ) |
| Plaintiff, | ) |
| -vs- | ) No.   03-202-WDS |
| ROGER E. WALKER JR., CHARLES HINSLEY, EUGENE McADORY, TOM MAUE, STEVE KEIM and MAVIS GROSS, | ) |
| Defendants. | ) |

**RESPONSE TO MOTION TO VOLUNTARILY DISMISS**

NOW COME defendants, Roger E. Walker Jr., Eugene McAdory, Tom Maue, Steve Keim and Mavis Gross, and hereby respond to plaintiff's motion to voluntarily dismiss as follows:

1. The defendants have no objection to plaintiff's motion to voluntarily dismiss his claims under the First Amendment with prejudice.

Respectfully submitted,

Roger E. Walker Jr., Eugene McAdory, Tom Maue, Steve Keim and Mavis Gross,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Christopher L. Higgerson, #6256085      Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706             BY:    s/Christopher L. Higgerson
(217) 557-0261                                 Christopher L. Higgerson
                                               Assistant Attorney General
Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| GEORGE P. GOODMAN, JR., #N-60799, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.   03-202-WDS |
| ) | |
| DONALD N. SNYDER, EUGENE McADORY, ) | |
| TOM MAUR, STEVE KEIM, MAVIS GROSS, ) | |
| and LATOYA OWENS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I electronically filed a Response to Motion to Voluntarily Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles Pierce
cpierce@hinshawlaw.com

and I hereby certify that on July 9, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,
 s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us