IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE P. GOODMAN, JR., #N-60799,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 03-CV-202-WDS |
| ) | |
| **ROGER E. WALKER JR., CHARLES** ) | |
| **HINSLEY, EUGENE McADORY,** ) | |
| **TOM MAUE, STEVE KEIM and** ) | |
| **MAVIS GROSS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER NUNC PRO TUNC

**STIEHL, District Judge:**

This matter is before the Court sua sponte to correct the Court's Order of October 1, 2007, which granted plaintiff's motion for attorney's fees and out of pocket expenses in the amount of $4,585.50 in fees and $1,000 in out of pocket expenses, and the Court's Order of October 24, 2007, which granted plaintiff's motion to amend or correct and awarded Bill of Costs expenses in the amount of $503.25. The Court should have assessed expenses against the defendants, and directed the Clerk of the Court to pay the out of pocket expenses.

Accordingly, the Court **HEREBY AMENDS** and **CORRECTS** its Memorandum and Order of October 1, 2007, (Doc. 174) nunc pro tunc, as follows:

The Court **AWARDS** $4,585.50 in attorneys fees to the plaintiff, which shall be paid by the defendants Tom Maue and Steve Keim.

The Court **FURTHER AWARDS** out of pocket expenses in the amount of $1,000, and directs that this amount shall be paid by the Clerk of the Court to plaintiff's counsel, Charles A. Pierce.

The Court **FURTHER AMENDS** and **CORRECTS** its Memorandum and Order of October 24, 2007, (Doc. 178) nunc pro tunc, as follows:

The Court awards plaintiff's expenses, as set forth in the Bill of Costs in the amount of $503.25, which shall be paid to plaintiff's counsel, Charles A. Pierce, by the defendants.

**IT IS SO ORDERED.**

**DATED: November 19, 2007.**

                                              s/ WILLIAM D. STIEHL
                                                 **District Judge**